UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 15
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 05-037 ML

WILLIAM DELUCA :

## MOTION TO CONTINUE JURY EMPANELMENT

NOW comes the defendant, William DeLuca, and moves to continue the jury empanelment in this case. The defendant seeks to continue the empanelment on the grounds that counsel needs additional time to obtain records from Butler Hospital in Providence. The defendant only learned of the existence of Butler Hospital records after reviewing other records received after an original request. Defense counsel needs these records to evaluate a possible defense of either insanity or diminished capacity.

WILLIAM DELUCA,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 Weybosset Street,Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

Granted. This case shall be placed on the September trial calendar.
Mary M. Lisi
USDJ
7/18/05

# CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to James H. Leavey, AUSA on the 15th day of July, 2005.

Edel
_______________________________