# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR 05-037*** ML

RECEIVED
SEP 14 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

*To:* ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **William DeLuca**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at ~~**9:30**~~ 10:00 **o'clock a.m.**, on the **2nd** day of **December, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: September 8, 2005.

David A. DiMarzio, Clerk

Sentencing Hearing

***By*** ***John Duhamel - Deputy Clerk***